

NORTH CAROLINA WESTERN
MEMORANDUM

**Date:** December 22, 2021
**To:** The Honorable Kenneth D. Bell
U.S. District Court Judge
**From:** Jake Stoltenberg, USPO
**Subject:** Shawn Keith Harris
Case Number: 5:02CR00005-4
**Request to Destroy Seized Property**

---

On 03/08/2019, the defendant's cell phone was seized as evidence in furtherance of an investigation regarding supervised release violation conduct. The defendant ultimately admitted to three counts of violation and his supervised released was revoked with no additional term of supervised release ordered. The phone has remained in the custody of the United States Probation Office since that time. We have no means of contacting the defendant and he has not made any attempts to retrieve the phone. As such, we would consider the phone as abandoned property and this officer respectfully requests that Your Honor order the destruction of the seized cell phone.

---

THE COURT ORDERS:

☒ Destroy Seized Property as Requested
☐ Do Not Destroy Seized Property
☐ Return Seized Property to the Defendant

Signed: December 22, 2021

Kenneth D. Bell
United States District Judge